HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ERIC JOHN COP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-mj-009-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME AS TO |
| | ) | ALL DEFENDANTS |
| ERIC JOHN COP, et al., | ) | |
| | ) | DATE:    February 13, 2014 |
| Defendants. | ) | TIME:    2:00 p.m. |
| | ) | JUDGE:  Hon. Carolyn K. Delaney |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHAEL MCCOY, and Defendants: ERIC JOHN COP, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, MARK SCOTT COP, through his attorney, DINA SANTOS, esq., and JOHN RICHARD LEITHMANN, through his attorney, ERIC BERG, esq,, hereby stipulate to continue the Preliminary Hearing set for January 9, 2014 to February 13, 2014, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through February 13, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendants consent to an extension of the time for a Preliminary Hearing until February 13, 2014.  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for

1   effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

2   § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct

3   investigation and discuss any possible pre-indictment disposition.  The defendants consent to this

4   continuance.

5          The parties stipulate that this interest of justice outweighs the interest of the public and

6   the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good

7   cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P.

8   5.1(d).

9   Dated:  January 6, 2014                         Respectfully submitted,

10                                                  HEATHER E. WILLIAMS
                                                    Federal Public Defender
11
                                                    */s/ R. Barbour*
12                                                  RACHELLE BARBOUR
                                                    Attorney for Defendant
13                                                  ERIC JOHN COP

14

15                                                  */s/ R. Barbour for*_____
                                                    DINA SANTOS
16                                                  Attorney for Defendant
                                                    MARK SCOTT COP
17

18

19                                                  */s/ R. Barbour for*_____
                                                    ERIC BERG
20                                                  Attorney for Defendant
                                                    JOHN RICHARD LEITHMANN
21

22   Dated: January 6, 2014                         BENJAMIN WAGNER
                                                    United States Attorney
23
                                                    */s/ Michael McCoy*
24                                                  MICHAEL MCCOY
                                                    Assistant U.S. Attorney
25                                                  Attorney for Plaintiff

26   //
     //
27

28

*United States v. Cop, et al.,*                    -2-
   Stipulation and Order

## <u>ORDER</u>

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the Preliminary Hearing is extended to February 13, 2014, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

2.   This time up to and including February 13, 2014 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated:  January 6, 2014

Dad1.crim
Leithmann0009.stipo.cont.PE

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*United States v. Cop, et al.,*
  Stipulation and Order

-3-