HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ERIC JOHN COP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-mj-009-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME AS TO |
| | ) | ALL DEFENDANTS |
| ERIC JOHN COP, et al., | ) | |
| | ) | DATE:   March 13, 2014 |
| Defendants. | ) | TIME:   2:00 p.m. |
| | ) | JUDGE:  Hon. Dale A. Drozd |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHAEL MCCOY, and Defendants: ERIC JOHN COP, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, MARK SCOTT COP, through his attorney, DINA SANTOS, esq., and JOHN RICHARD LEITHMANN, through his attorney, ERIC BERG, esq,, hereby stipulate to continue the Preliminary Hearing set for February 13, 2014 to March 13, 2014, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through March 13, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for a Preliminary Hearing until March 13, 2014. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct investigation and discuss any possible pre-indictment disposition.  The defendants consent to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

Dated:  February 12, 2014                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ R. Barbour*
                                             RACHELLE BARBOUR
                                             Attorney for Defendant
                                             ERIC JOHN COP


                                             */s/ R. Barbour for*
                                             DINA SANTOS
                                             Attorney for Defendant
                                             MARK SCOTT COP


                                             */s/ R. Barbour for*
                                             ERIC BERG
                                             Attorney for Defendant
                                             JOHN RICHARD LEITHMANN

Dated: February 12, 2014                     BENJAMIN WAGNER
                                             United States Attorney

                                             */s/ Michael McCoy*
                                             MICHAEL MCCOY
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

//
//

1

## <u>ORDER</u>

2      The Court has read and considered the Stipulation for the Extension of Time for

3  Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this

4  matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference

5  into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing

6  date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7      Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the

8  interests of justice served by granting this continuance outweigh the best interests of the public

9  and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the

10  extension of time would not adversely affect the public's interest in the prompt disposition of

11  criminal cases.

12  THEREFORE, FOR GOOD CAUSE SHOWN:

13      1.  The date of the Preliminary Hearing is extended to March 13, 2014, at 2:00 p.m.

14      2.  This time up to and including March 13, 2014 shall be excluded from the calculation

15  pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

16

17  IT IS SO ORDERED.

18

19  Dated:  February 12, 2014

20                                                     CAROLYN K. DELANEY

21                                                     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

*United States v. Cop, et al.,*                    -3-
   Stipulation and Order