HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, CA Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC JOHN COP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ERIC JOHN COP, et al.,  Defendant. | No. Cr. S. 14-0055-GEB  DEFENDANT'S WAIVER OF APPEARANCE; ORDER  DATE:    March 13, 2014  TIME:    2:00 p.m.  JUDGE:   Hon. Dale A. Drozd |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, Eric John Cop, hereby waives the right to be present in person in open court for arraignment. Mr. Cop has been charged by information. Mr. Cop affirms that he has received a copy of the information and that he wishes to plead not guilty and request a jury trial. Mr. Cop acknowledges that he has been informed of the charges, the penalties provided by law, and of his rights in this matter. He seeks to waive his appearance in this matter because he lives in New Jersey under pretrial services supervision and already flew to California for his initial appearance on the complaint, which addresses the same crime. He also appeared on the complaint in the District of New York. He was informed by the Court of his rights and the charges at each of those appearances. He asks the Court to accept this waiver.

-1-

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Finally, the defendant acknowledges that he has been informed of his right to be indicted in this case, and that he seeks to waive his right to indictment through his attorney. He has signed the waiver of indictment form that will be presented in Court. He consents to prosecution by information.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March _11, 2014

/s/ Eric Cop_____
ERIC COP
Original retained by attorney

I agree with and consent to my client's waiver of appearance. I have provided him with a copy of the information and discussed his rights, the charges, and the statutory penalties with him. I have discussed with him his right to be prosecuted by indictment. I concur with his decision to waive his appearance, waive indictment, and be arraigned without his personal appearance.

Dated: March _11, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour_____
RACHELLE BARBOUR
Attorney for Defendant
ERIC COP

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts Eric Cop's waiver of appearance at arraignment.

Dated: March 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Ericcop0055.waiver.appearance