Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARK COP

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARK COP,<br>ERIC COP<br>JOHN LEITHMAN,<br><br>                    Defendants | CASE NO.  CRS 14-055-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 8/15/14 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through their counsel of record, MICHAEL MCCOY, and Defendant Mark Cop, represented by Attorney Dina Santos; Defendant Eric Cop, represented by Assistant Federal Defender Rachelle Barbour; Defendant John Leithman, represented by Attorney Orien Nelson;  hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 16, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until August 15, 2014, and to exclude time between May 16, 2014, and August 15, 2014, under Local Code T4. Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      Counsel for defendants desire additional time to review discovery, conduct investigation, consult with the respective clients, and to otherwise prepare for trial.

    b)      Counsel for defendants believe that failure to grant the above-requested

Stip. & [Proposed] Order Continuing Status Conf. &        1
Excluding Time Periods Under Speedy Trial Act

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 16, 2013, to August 15, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 13, 2014         BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Michael McCoy
                 MICHAEL MCCOY
                 Assistant United States Attorney

Dated: May 13, 2014         /s/   Rachelle Barbour
                 Assistant Federal Defender
                 Attorney for Eric Cop

Dated: May 9, 2014          /s/   Dina L. Santos
                 DINA SANTOS, ESQ.
                 Attorney for Mark Cop

Dated: May 13, 2014                         /s/  Orien Nelson
                                            ORIEN NELSON, ESQ.
                                            Attorney for John Leithman

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip. & [Proposed] Order Continuing Status Conf. &     3
Excluding Time Periods Under Speedy Trial Act