Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARK COP

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CRS 14-055-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 11/7/14 AT 9:00 A.M. |
| v. | |
| MARK COP, ERIC COP JOHN LEITHMAN, | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through their counsel of record, MICHAEL MCCOY, and Defendant Mark Cop, represented by Attorney Dina Santos; Defendant Eric Cop, represented by Assistant Federal Defender Rachelle Barbour; Defendant John Leithman, represented by Attorney Orien Nelson; hereby stipulate as follows:

1. By previous order, this matter was set for status on August 15, 2014.

2. By this stipulation, defendant now moves to continue the status conference until November 7, 2014, and to exclude time between August 15, 2014, and November 7, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desire additional time to review discovery, conduct investigation, consult with the respective clients, and to otherwise prepare for trial. Both Mark Cop and Eric Cop reside in the state of New Jersey which requires additional time to arrange

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

client consultations regarding review of the discovery and/or trial preparation.

   b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2014, to November 7, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 31, 2014        BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Michael McCoy
                 MICHAEL MCCOY
                 Assistant United States Attorney

Dated: July 31, 2014        /s/   Rachelle Barbour
                 Assistant Federal Defender
                 Attorney for Eric Cop

1 | Dated: July 31, 2014
2 |                                         /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Mark Cop

Dated: July 31, 2014                              /s/ Orien Nelson
ORIEN NELSON, ESQ.
Attorney for John Leithman

///
//
/

**ORDER**

      IT IS SO FOUND AND ORDERED.

Dated: August 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3