HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ERIC JOHN COP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 14-055-GEB _____ |
| Plaintiff, | STIPULATION AND ORDER TO AMEND PRETRIAL SERVICES CONDITIONS |
| v. | |
| ERIC JOHN COP, | JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff, United States of America, through Assistant United States Attorney MICHAEL MCCOY, and Defendant ERIC JOHN COP, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate and request that the Court amend Mr. Eric Cop's pretrial services conditions as follows:

That a condition be added stating:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

//
//

1 That condition #8 be amended to state:

You shall refrain from the **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

Pretrial Services has requested that the parties file this stipulation and proposed order amending the conditions.

Dated:  November 18, 2014                             Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  */s/ R. Barbour*
                                                  RACHELLE BARBOUR
                                                  Attorney for Defendant
                                                  ERIC JOHN COP

Dated:  November 18, 2014                             BENJAMIN WAGNER
                                                  United States Attorney

                                                  */s/ Michael McCoy*
                                                  MICHAEL MCCOY
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

## ORDER

The Court orders that pretrial release condition #8 for Eric Cop be amended to state:

You shall refrain from the ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

The Court also adds the following condition to Eric Cop's pretrial release:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated:  November 19, 2014

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Cop0055.stipo.modify.cor.doc

*United States v.Eric Cop,*
 Stipulation and Order re: PTS Conditions

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*United States v.Eric Cop,*     -3-
Stipulation and Order re: PTS Conditions